UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEREK T. MACKROY,

    Plaintiff,

v.                               Case No. 6:11-cv-1428-Orl-22TBS

TODD MOHNEY, et al.,

    Defendants.

## ORDER

It is hereby **ORDERED** that, within **TWENTY-ONE (21) DAYS** from the date of this Order, the United States Marshals Service shall personally serve upon Defendants the Summons, a copy of Plaintiff's Amended Complaint (Doc. No. 3), and one copy of this order. Because Defendants have not waived service of summons, it is **ORDERED** that Defendants shall pay the cost of service to the United States Marshals Service in the amount shown on the return of service within **FOURTEEN (14) DAYS** after the return of service is filed with the Court or show cause in writing by that date why good cause exists to be relieved of the requirement to pay such costs. See Fed. R. Civ. P. 4(d)(2).

Defendants shall have **TWENTY-ONE (21) DAYS** from the date of service in which to answer or otherwise respond to the Complaint.

**DONE AND ORDERED** at Orlando, Florida, this 18 day of July, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
OrlP-3 7/19
Derek T. Mackroy
U.S. Marshal